# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOHN BARKER

VERSUS

LIVINGSTON PARISH DETENTION CENTER

CIVIL ACTION

NO. 21-135-JWD-SDJ

## RULING

On or about March 1, 2021 the *pro se* plaintiff, a person formerly confined at the Livingston Parish Detention Center filed this proceeding pursuant to 42 U.S.C. § 1983. *See* R. Doc. 1. On April 13, 2021, the Court forwarded a notice to the plaintiff advising him of certain deficiencies in his pleadings, and the time in which he could remedy the deficiencies. *See* R. Doc. 2.

A review of the record now reflects that the plaintiff has failed to remedy the deficiencies of which he was notified. Instead, a copy of the Deficiency Notice (R. Doc. 2) has been returned to the Court on May 5, 2021, as undeliverable, with a notation of "RETURN TO SENDER AUG 15 2021 INMATE NOT HERE." *See* R. Doc. 3.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the plaintiff's claims be and are hereby dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the plaintiff's claims on the Court's Docket. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on June 30, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**